No. D–2004. IN RE DISBARMENT OF CONSOLI. James A. Consoli, of Dowingtown, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, re-

quiring him to show cause why he should not be disbarred from the practice of law in this Court.